# SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

RHOCHMAN@SIDLEY.COM
+1 312 853 2936

March 28, 2019

**By Email**

Lyle W. Case
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

  Re: <u>In re Orlando Cordia Hall</u>

Dear Mr. Case:

  I write to you regarding *In re Orlando Cordia Hall*, a capital case originating out of the Northern District of Texas (Case No. 4:94-cv-121-Y), for which we have recently filed a Motion for Authorization to File a Successive Motion Under § 2255 in this Court. Robert C. Owen and Marcia A. Widder are Mr. Hall's appointed counsel. My colleague, Benjamin Gillig, and I are additional counsel representing Mr. Hall. We are assisting Mr. Hall's appointed counsel on a pro bono basis. Because we are representing Mr. Hall pro bono, Mr. Gillig and I will not be seeking compensation from the Court.

  Please do not hesitate to contact me if you need anything further.

    Sincerely,

    Robert N. Hochman
    Partner

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.