# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* ***Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

**Fifth Cir. Case NO.** 19-10345

In re Hall vs. _____

(Short Title)

The Clerk will enter my appearance as Counsel for Orlando Cordia Hall

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT** [✓] Petitioner(s) [ ] Respondent(s) [ ] Amicus Curiae

[ ] Appellant(s) [ ] Appellee(s) [ ] Intervenor

[✓] I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s Robert N. Hochman — rhochman@sidley.com

(Signature) — (e-mail address)

Robert N. Hochman — Illinois Bar No. 6244222

(Type or print name) — (State/Bar No.)

_____ — [✓] Male [ ] Female

(Title, if any)

Sidley Austin LLP

(Firm or Organization)

Address: One South Dearborn

City & State: Chicago, Illinois — Zip: 60603

Primary Tel. 312-853-7000 — Cell Phone: _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Robert N. Hochman

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
[✓] Yes [ ] No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
[ ] Yes [✓] No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
[ ] Yes [✓] No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case Habeas

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

PLEASE SEE ATTACHED SHEET

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**

DKT-5A REVISED February 2017

Attachment to NOTICE OF FORM FOR APPEARANCE for attorney Robert N. Hochman (*In re Hall*):

Given the frequency with which the government brings charges under 18 U.S.C. Sec. 924(c), the same or similar claims are likely being raised in other cases in the federal courts of this Circuit. The only such case of which undersigned counsel is specifically aware is *United States v. Davis*, 903 F.3d 483 (5th Cir. 2018), *cert. granted*, No. 18-431, 2019 WL 98544 (2019) (addressing the constitutionality of the residual clause of Sec. 924(c)(3)).  *Davis* is presently pending before the Supreme Court of the United States and is scheduled for oral argument on April 17, 2019.