# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———

No. 19-10345

———

*In re*:  ORLANDO CORDIA HALL,

Movant

———

Authorization to file a Successive 2255 Petition

———

O R D E R:

IT IS ORDERED that Petitioner's Motion for Authorization to File a Successive Motion Under 28 U.S.C. § 2255 is hereby held in abeyance pending a final decision of the Supreme Court in *United States v. Davis*, Case No. 18-431.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT