# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 09, 2019

Mr. Benjamin Gillig
Mr. Robert Nathan Hochman
Sidley Austin, L.L.P.
1 S. Dearborn Street
Chicago, IL 60603

Mr. James Wesley Hendrix
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Suite 300
Dallas, TX 75242-1699

Mr. Robert Charles Owen
Northwestern University
School of Law
375 E. Chicago Avenue
8th Floor
Chicago, IL 60611

Ms. Marcia Adele Widder
303 Elizabeth Street, N.E.
Atlanta, GA 30307

    No. 19-10345    In re: Orlando Hall

Dear Counsel:

The parties are directed to file letter briefs concerning the effect of the Supreme Court's recent ruling in *United States v. Davis*, No. 18-431 (June 24, 2019), on this matter.

The letter briefs should not exceed 15 pages or 6500 words and should be filed on or before August 15, 2019.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Mary Frances Yeager, Deputy Clerk
                    504-310-7686