# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 23, 2019

Mr. Benjamin Gillig
Sidley Austin, L.L.P.
1 S. Dearborn Street
Chicago, IL 60603

Mr. Robert Nathan Hochman
Sidley Austin, L.L.P.
1 S. Dearborn Street
Chicago, IL 60603

Mr. Robert Charles Owen
Northwestern University
School of Law
375 E. Chicago Avenue
8th Floor
Chicago, IL 60611

Ms. Marcia Adele Widder
303 Elizabeth Street, N.E.
Atlanta, GA 30307

　　　No. 19-10345　　In re: Orlando Hall

Dear Mr. Gillig, Mr. Hochman, Mr. Owen, and Ms. Widder,

The district court transferred the movant's second or successive 28 U.S.C. § 2255 motion to this court to determine whether to allow successive action. Please use the above case number on all filings.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:　Mr. James Wesley Hendrix