# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-10345

*In re*:  ORLANDO CORDIA HALL,

Movant

Appeal from the United States District Court
for the Northern District of Texas

O R D E R:

Petitioner argues that the holding in *United States v. Davis*, 139 S. Ct. 2319 (2019), applies retroactively on collateral appeal.  The Government concedes that point in accepting the Eleventh Circuit's ruling in *In re Hammoud*, 931 F.3d 1032 (11th Cir. 2019).  Accordingly, Jonathan Mitchell, Esq., of Mitchell Law PLLC, 111 Congress Avenue, Suite 400, Austin, TX 78701, is invited to brief and argue this case as amicus curiae in support of the view that we should deny the petition because the Supreme Court has not yet held that *Davis* applies retroactively, as AEDPA requires under 28 U.S.C. § 2255(h)(2).  The amicus is to file the brief no later than May 15, 2020.

The Government raises the issue that kidnapping resulting in death is categorically a crime of violence under 18 U.S.C. § 924(c)(3)(A).  We invite both Petitioner and the Government to respond to the amicus brief, and to brief the following additional issues, by no later than June 15, 2020:  (1) whether the kidnapping conviction in this case is categorically a crime of violence under

that subsection, and (2) whether that is a merits issue that should be addressed by the district court in the first instance.

The court will announce a date for oral argument in a future order.

\s\ Lyle W. Cayce

LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT