NEW ORLEANS, LA

EAST COURTROOM

**VIDEO CONFERENCE ORAL ARGUMENT**

Tuesday, July 21, 2020


02:00 P.M.

No. 19-10345 - In re: Orlando Hall


DEPUTY

Shirley M. Engelhardt


**NOTE:  Counsel presenting video conference oral argument should check in at the time designated on the Zoom for Government video conference meeting invitation you will receive from the Court. Thirty (30) minutes of argument time per side has been authorized.**