# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 26, 2020

TO ALL COUNSEL OF RECORD:

    No. 19-10345   In re: Orlando Hall
    -----------------------------------

Dear Counsel,

The Court has allocated the one hour of oral argument time as follows:

    30 minutes for Mr. Hall;
    20 minutes for the United States; and,
    10 minutes for Mr. Mitchell

Attached is a revised calendar.  Please contact me or your courtroom deputy, Shirley Engelhardt, if you have any questions. We can be reached at 504-310-7804.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
        Geralyn A. Maher
        Calendar Clerk

Att.

Mr. Jonathan Glen Bradshaw
Mr. Benjamin Gillig
Mr. Robert Nathan Hochman
Mr. Jonathan F. Mitchell
Mr. Robert Charles Owen
Ms. Leigha Amy Simonton
Ms. Marcia Adele Widder