<u>**R E V I S E D**  06/26/20</u>

NEW ORLEANS, LA

EAST COURTROOM

**VIDEO CONFERENCE ORAL ARGUMENT**

Tuesday, July 21, 2020

02:00 P.M.

No. 19-10345 - In re: Orlando Hall

<u>DEPUTY</u>

Shirley M. Engelhardt

**NOTE:  Counsel presenting video conference oral argument should check in at the time designated on the Zoom for Government video conference meeting invitation you will receive from the Court. The Court has allocated thirty (30) minutes of argument time for Mr. Hall, twenty (20) minutes for the United States, and ten (10) minutes for Mr. Mitchell.**