# 19-10345

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

## IN RE ORLANDO CORDIA HALL,
Movant

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:94-CR-121-Y-2

## GOVERNMENT'S NOTICE REGARDING EXECUTION DATE

The United States hereby notifies the Court that the Director of the

Federal Bureau of Prisons, upon the direction of the Attorney General, has

scheduled the execution of Orlando Cordia Hall, in accordance with 28 C.F.R.

Part 26, to take place on November 19, 2020.

Respectfully submitted,

Erin Nealy Cox
United States Attorney

*s/ Leigha Simonton*
Leigha Simonton
Chief, Appellate Division
Texas Bar No. 24033193

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838

U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

Attorneys for Appellee

## CERTIFICATE OF SERVICE

I certify that this notice was served on Hall's attorney, Robert N. Hochman, through the Court's ECF system on September 30, 2020, and that: (1) any required privacy redactions have been made; (2) the electronic submission is an exact copy of the paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Jonathan Bradshaw*
Jonathan Bradshaw

# CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 45 words.

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*/s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United State Attorney
Date:  September 30, 2020



# U.S. Department of Justice
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

September 30, 2020

Mr. Orlando Hall
Reg. No. 26176-077
Special Confinement Unit
United States Penitentiary
Terre Haute, Indiana 47802

Dear Mr. Hall:

The purpose of this letter is to inform you that a date has been set for the implementation of your death sentence, pursuant to the Judgment and Order issued on February 12, 1996, by Judge Terry R. Means of the United States District Court for the Northern District of Texas. This letter will serve as official notification that pursuant to Title 28, Code of Federal Regulations, Section 26.3(a)(1), the Director of the Federal Bureau of Prisons has set November 19, 2020, as the date for your execution by lethal injection.

Under Title 28, Code of Federal Regulations, Sections 1.1 and 1.10, if you wish to seek commutation of sentence or reprieve from the President, petitions may be emailed directly to the DOJ Pardon Attorney at USPARDON.Attorney@usdoj.gov. If email is not available, petitions may be mailed to the Office of the Pardon Attorney, U.S. Department of Justice, 950 Pennsylvania Avenue, RFK Main Justice Building, Washington, D.C. 20530. The Office of the Pardon Attorney is responsible for receiving and processing on behalf of the President all requests for clemency. If you wish to apply for commutation of sentence your petition must be filed within 30 days of the date you receive this notice.

Soon, I will come to your housing unit to personally discuss with you many of the details surrounding the execution. At that time, I will be available to answer any questions you may have regarding the execution process.

Sincerely,

T.J. Watson
Complex Warden

cc:     The Honorable Terry R. Means, Judge, United States District Court (N.D.Texas)
        Ms. Karen Mitchell, Clerk of the Court (N.D. Texas)
        Ms. Erin N. Cox, United States Attorney (N.D. Texas)
        Ms. Delonia A. Watson, Assistant United States Attorney (N.D. Texas)
        Mr. Richard B. Roper III, Assistant United States Attorney (N.D. Texas)
        Ms. Marcia A. Widder, Georgia Research Center
        Mr. Robert C. Owen, Law Office of Robert C. Owen, LLC
        Mr. Josh Minkler, United States Attorney (S.D. Indiana)
        Mr. Joseph "Dan" McClain, U.S. Marshal (S.D. Indiana)