# 19-10345

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

## IN RE ORLANDO CORDIA HALL,
Movant

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:94-CR-121-Y-2

## GOVERNMENT'S MOTION TO SET BRIEFING DEADLINE

The Director of the Federal Bureau of Prisons, upon the direction of the
Attorney General, has scheduled Orlando Cordia Hall for execution on
November 19, 2020.  This afternoon, Hall moved this Court to stay his
execution pending its ruling on his motion for authorization to file a successive
collateral attack under 28 U.S.C. § 2255.  The United States opposes Hall's
request for a stay and now moves this Court to set a deadline of October 16,
2020, for the government to file its formal opposition to Hall's motion.  That
deadline—eight days from today, and 34 days before Hall's scheduled
execution—will allow the government to file a thorough brief explaining why

Hall is not entitled to the extraordinary relief he seeks while still allowing time for the Court to resolve Hall's motion.

Respectfully submitted,

Erin Nealy Cox
United States Attorney

*s/ Leigha Simonton*
Leigha Simonton,
Chief, Appellate Division
Texas Bar No. 24033193

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838

U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

Attorneys for Appellee

## CERTIFICATE OF SERVICE

I certify that this notice was served on Hall's attorney, Robert N. Hochman, through the Court's ECF system on October 8, 2020, and that: (1) any required privacy redactions have been made; (2) the electronic submission is an exact copy of the paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Jonathan Bradshaw*
Jonathan Bradshaw

## CERTIFICATE OF CONFERENCE

The government conferred with counsel for Hall, Robert N. Hochman, on October 8, 2020. Hall takes no position on this motion.

*/s/ Jonathan Bradshaw*
Jonathan Bradshaw

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 133 words.

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*/s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United State Attorney
Date:  October 8, 2020