# United States Court of Appeals
## for the Fifth Circuit

---

No. 19-10345

---

IN RE: ORLANDO CORDIA HALL,

*Movant.*

---

Motion for an order authorizing
the United States District Court for the
Northern District of Texas to consider
a successive 28 U.S.C. § 2255 motion

---

ORDER:

IT IS ORDERED that the motion filed by Respondent United States for leave to file a response to the motion for stay of execution by Friday, October 16, 2020, is GRANTED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT