# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 09, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-10345   In re: Orlando Hall

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Mary Frances Yeager, Deputy Clerk
          504-310-7686

Mr. Jonathan Glen Bradshaw
Mr. Benjamin Gillig
Mr. Robert Nathan Hochman
Mr. Jonathan F. Mitchell
Mr. Robert Charles Owen
Ms. Leigha Amy Simonton
Ms. Marcia Adele Widder