# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 30, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 19-10345   In re: Orlando Hall

Dear Ms. Mitchell,

Enclosed is a certified copy of the opinion issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Charles B. Whitney, Deputy Clerk
                       504-310-7679

Enclosure(s)

cc:
     Mr. Jonathan Glen Bradshaw
     Mr. Benjamin Gillig
     Mr. Robert Nathan Hochman
     Mr. Jonathan F. Mitchell
     Mr. Robert Charles Owen
     Ms. Leigha Amy Simonton
     Ms. Marcia Adele Widder