# United States Court of Appeals for the Fifth Circuit

---

No. 19-10345

---

IN RE: ORLANDO CORDIA HALL,

*Movant.*

---

Motion for an order authorizing
the United States District Court for the
Northern District of Texas to consider
a successive 28 U.S.C. § 2255 motion

---

Before DENNIS, HO, and OLDHAM, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that the government's motion for expedited ruling on the motion for authorization to file a successive petition is DENIED AS MOOT.

IT IS FURTHER ORDERED that movant's motion for stay of execution pending resolution of this case is DENIED AS MOOT.