# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 30, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-10345   In re: Orlando Hall

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

Mr. Jonathan Glen Bradshaw
Mr. Benjamin Gillig
Mr. Robert Nathan Hochman
Mr. Jonathan F. Mitchell
Ms. Karen S. Mitchell
Mr. Robert Charles Owen
Ms. Leigha Amy Simonton
Ms. Marcia Adele Widder